Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Adaptix, Inc. )
                    Plaintiff(s), )  Case No: 3:13-cv-01774

v. )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Motorola Mobility LLC et al. )  (CIVIL LOCAL RULE 11-3)
                    Defendant(s). )

I, Jonathan E. Retsky, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Motorola Mobility LLC in the above-entitled action. My local co-counsel in this case is David S. Bloch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP | Winston & Strawn LLP |
| 35 West Wacker Drive, Chicago, IL 60601 | 101 California Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 558-3791 | (415) 591-1452 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jretsky@winston.com | dbloch@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6201846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/02/13

                                              Jonathan E. Retsky
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan E. Retsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 2, 2013

~~UNITED STATES~~ / MAGISTRATE JUDGE

*Judge Maria-Elena James*

PRO HAC VICE APPLICATION & ORDER                                           *October 2012*