Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin         (State Bar No. 209233)
Daniel M. Shafer       (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No.  3:13-CV-01774-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE OF RICHARD C. LIN** |
| v. | |
| MOTOROLA MOBILITY LLC, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Richard C. Lin of the law firm Banys, P.C. hereby appears as counsel representing Plaintiff Adaptix, Inc. and hereby requests that all notices, including electronic or "ECF" notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Plaintiff at the address set forth below:

                    Richard C. Lin (State Bar No. 209233)
                    BANYS, P.C.
                    2200 Geng Road, Suite 200

        Palo Alto, California 94303
        Telephone: (650) 308-5805
        Facsimile:  (650) 322-9103
        rcl@banyspc.com

Dated: May 2, 2013        Respectfully submitted,


            By: */s/ Richard C. Lin*
            Christopher D. Banys
            Richard C. Lin
            Daniel M. Shafer
            cdb@banyspc.com
            rcl@banyspc.com
            dms@banyspc.com
            BANYS, P.C.
            2200 Geng Road, Suite 200
            Palo Alto, California 94303
            Telephone:  (650) 308-8505
            Facsimile:   (650) 322-9103

            **Attorneys for Plaintiff,**
            **ADAPTIX, INC.**