Christopher D. Banys (State Bar No. 230038)
Richard C. Lin       (State Bar No. 209233)
Daniel M. Shafer     (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC. <br><br>              Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br>              Defendant. | Case No.  3:13-CV-01774-MEJ <br><br> **NOTICE OF APPEARANCE OF DANIEL M. SHAFER** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel M. Shafer of the law firm Banys, P.C. hereby appears as counsel representing Plaintiff Adaptix, Inc. and hereby requests that all notices, including electronic or "ECF" notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Plaintiff at the address set forth below:

Daniel M. Shafer (State Bar No. 244839)
BANYS, P.C.
2200 Geng Road, Suite 200

Palo Alto, California 94303
Telephone: (650) 308-5805
Facsimile:  (650) 322-9103
dms@banyspc.com

Dated: May 2, 2013

Respectfully submitted,

By: */s/ Daniel M. Shafer*
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

**Attorneys for Plaintiff,
ADAPTIX, INC.**

NOTICE OF APPEARANCE OF
DANIEL M. SHAFER

2

CASE NO.  3:13-CV-01774-MEJ