Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin         (State Bar No. 209233)
Daniel M. Shafer       (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>           Defendant. | Case No.  3:13-CV-01774-MEJ<br><br>**NOTICE OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED** |

On May 3, 2013, defendant Motorola Mobility LLC filed an Administrative Motion to Consider Cases Related (Dkt. No. 26).  Motorola Mobility then filed a "Corrected" version of said motion on May 6, 2013 (Dkt. No. 28) (the "Motion").  The Motion requests that the following cases be deemed related under Civil L.R. 3-12:

1. Adaptix v. Motorola Mobility LLC, et al., Case No. 3:13-cv-1774 (N.D. Cal.)

2. Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1776 (N.D. Cal.)

3. Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1777 (N.D. Cal.)

4. Adaptix v. AT&T Mobility LLC, et al., Case No. 3:13-cv-1778 (N.D. Cal.)

5. Adaptix v. HTC Corp., et al., Case No. 5:13-cv-1844 (N.D. Cal.)

6. Adaptix v. Apple Inc., et al., Case No. __:13-cv-_____ (N.D. Cal.)[1]

Adaptix, Inc., who is Plaintiff in all six of the above-identified cases, hereby informs the Court that it does not oppose the Motion.

Dated: May 6, 2013                                    Respectfully submitted,

                                                     By: /s/ Daniel M. Shafer
                                                     Christopher D. Banys
                                                     Richard C. Lin
                                                     Daniel M. Shafer
                                                     cdb@banyspc.com
                                                     rcl@banyspc.com
                                                     dms@banyspc.com
                                                     BANYS, P.C.
                                                     2200 Geng Road, Suite 200
                                                     Palo Alto, California 94303
                                                     Telephone: (650) 308-8505
                                                     Facsimile:  (650) 322-9103

                                                     **Attorneys for Plaintiff,
                                                     ADAPTIX, INC.**

---

[1] E.D. Tex. granted transfer in the most recently filed case, *Adaptix, Inc. v. Apple Inc., et al.*, Case No. 6:13-cv-28 (E.D. Tex.), on April 11, 2013.  Interdistrict transfer was effectuated on April 30, 2013.  This Court has not yet docketed the case.