UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adaptix, Inc.,

        Plaintiff(s),

    v.

Motorola Mobility LLC, et al.,

        Defendant(s).

No. C 3:13-cv-01774-MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 7, 2013

Signature _____

Counsel for Def. Motorola Mobility LLC
(Plaintiff, Defendant, or indicate "pro se")