Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC and<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>    Defendants. | **Case No. 3:13-cv-1774-MEJ**<br><br>**VERIZON'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED**<br><br>Judge: Hon. Maria-Elena James |

Pursuant to Civil L.R. 3-12(e), defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") submits this statement in support of Motorola Mobility LLC's ("Motorola") administrative motion to consider the following six cases related (Dkt. No. 28):

1.  *Adaptix v. Motorola Mobility LLC, et al.*, Case No. 3:13-cv-1774 (N.D. Cal.);
2.  *Adaptix v. Apple Inc., et al.*, Case No. 3:13-cv-1776 (N.D. Cal.);
3.  *Adaptix v. Apple Inc., et al.*, Case No. 3:13-cv-1777 (N.D. Cal.);
4.  *Adaptix v. AT&T Mobility LLC, et al.*, Case No. 3:13-cv-1778 (N.D. Cal.);
5.  *Adaptix v. HTC Corp., et al.*, Case No. 5:13-cv-1844 (N.D. Cal.); and
6.  *Adaptix v. Apple Inc., et al.*, Case No. __:13-cv-_____ (N.D. Cal.)[1] (hereafter, the "Proposed Related Actions").

Verizon agrees that the Court should consider these cases related under Civil L.R. 3-12 because they concern substantially the same parties, patents, and/or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense and/or conflicting results if the cases are conducted before different judges. Plaintiff does not oppose Motorola's motion. Dkt. No. 29.

The Proposed Related Actions are currently assigned to four different magistrate judges, each of whom has entered separate ADR Scheduling Orders. *See, e.g.*, Dkt. No. 14, *Adaptix, Inc. v. Motorola Mobility LLC, et al.*, Case No. 3:13-cv-01774 (N.D. Cal.). Adaptix asserts the same two patents in each case and alleges that defendants in each of the actions infringes the patents by making, using, offering for sale, selling, and/or importing mobile communications devices advertised as operating on the 4G LTE wireless network. *See, e.g.*, Dkt. No. 2, *Adaptix, Inc. v. Motorola Mobility LLC, et al.*, Case No. 3:13-cv-01774 (N.D. Ca.). Further, one of two network carriers, AT&T Mobility or Verizon Wireless, is common to each of the Proposed Related Actions (the carriers' co-defendant in each case is a device manufacturer such as Motorola). Discovery, motion practice, and hearings are likely to concern many of the same issues. As a

---

[1] The E.D. Tex. Court granted transfer in the most recently filed case, *Adaptix, Inc. v. Apple Inc., et al.*, Case No. 6:13-cv-28 (E.D. Tex.), on April 11, 2013. The E.D. Tex. effectuated interdistrict transfer on April 30, 2013. This Court has not yet docketed the transferred case.

WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304

1  result, it appears likely that proceeding with five separate cases before four different judges
2  would cause an unduly burdensome duplication of labor and expenses and risk conflicting results.

### CONCLUSION

Because the Proposed Related Cases meet the requirements of Civil Local Rule 3-12, Verizon respectfully submits this statement in support of Motorola's administrative motion to consider the following six cases related (Dkt. No. 28).

Dated:  May 7, 2013

*/s/ G. Godfrey*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:      (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS