UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.,

        Plaintiff(s),

  v.

MOTOROLA MOBILITY and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,

        Defendant(s).
_____/

No. C 3:13-cv-01774-MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 7, 2013

Signature _____

Counsel for Defendant Cellco Partnership
(Plaintiff, Defendant, or indicate "pro se")