Christopher D. Banys (State Bar No. 230038)
Richard C. Lin (State Bar No. 209233)
Daniel M. Shafer (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br> Defendant. | Case No. 3:13-CV-01774-MEJ <br><br> **PLAINTIFF'S NOTICE OF CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 7, 2013                                      Respectfully submitted,


By: */s/ Daniel M. Shafer*
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com

NOTICE OF CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

1

CASE NO. 3:13-CV-01774-MEJ

rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 322-9103

**Attorneys for Plaintiff,
ADAPTIX, INC.**