# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ADAPTIX INC,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>MOTOROLA MOBILITY,<br>　　　　　Defendant(s).<br>_____/ | No. C-13-01774 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge;

(2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence; or

(3) One or more of the parties has failed to respond to an order to file a consent to proceed before a Magistrate Judge.

All previous hearing dates are hereby **VACATED.**

Dated: May 8, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By: Rose Maher, Deputy Clerk