David S. Bloch (SBN: 184530)
 E-mail: dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Jonathan E. Retsky (*Admitted Pro Hac Vice*)
 E-mail: jretsky@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700

Tyler T. VanHoutan *(Admitted Pro Hac Vice)*
 E-mail: tvanhoutan@winston.com
Phillip D. Price *(Admitted Pro Hac Vice)*
 E-mail: pprice@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:   (713) 651-2600
Facsimile:   (713) 651-2700

Attorneys for Defendant
MOTOROLA MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ADAPTIX, INC., | Case No.: **4:13-cv-01774-PJH** |
| Plaintiff, | **MOTOROLA MOBILITY LLC'S CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE PAUL S. GREWAL** |
| vs. | |
| MOTOROLA MOBILITY LLC, et al., | Judge: Phyllis J. Hamilton |
| Defendants. | |

Motorola Mobility LLC's Consent to Proceed
Before Magistrate Judge Paul S. Grewal

In response to Judge Hamilton's Notice of Pending Motion to Relate Cases, Dkt. No. 37, filed May 20, 2013, pursuant to 28 U.S.C. § 636(c) defendant Motorola Mobility LLC ("Motorola Mobility") hereby consents to conduct any and all further proceedings in the case before Magistrate Judge Paul S. Grewal, including trial and the order and entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  May 28, 2013                    Respectfully Submitted,


By: */s/ Tyler T. VanHoutan*
    David S. Bloch (SBN: 184530)
     E-mail: dbloch@winston.com
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA  94111-5802
    Telephone:  (415) 591-1000
    Facsimile:  (415) 591-1400

    Jonathan E. Retsky (*Admitted Pro Hac Vice*)
     E-mail jretsky@winston.com
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-9703
    Telephone:  (312) 558-5600
    Facsimile:  (312) 558-5700

    Tyler T. VanHoutan *(Admitted Pro Hac Vice)*
     E-mail: tvanhoutan@winston.com
    Phillip D. Price *(Admitted Pro Hac Vice)*
     E-mail: pprice@winston.com
    WINSTON & STRAWN LLP
    1111 Louisiana, 25th Floor
    Houston, TX 77002-5242
    Telephone:  (713) 651-2600
    Facsimile:  (713) 651-2700

    Attorneys for Defendant
    MOTOROLA MOBILITY LLC

1

Motorola Mobility LLC's Consent to Proceed
Before Magistrate Judge Paul S. Grewal

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and forgoing document has been served on May 28, 2013 to all counsel of record who are deemed to have consented to electronic service per Civil L. R. 5.4.

                                                      */s/ Tyler T. VanHoutan*
                                                        Tyler T. VanHoutan

**Winston & Strawn LLP**
**1111 Louisiana, 25th Floor**
**Houston, TX 77002-5242**

WS01496609                      2
Motorola Mobility LLC's Consent to Proceed
Before Magistrate Judge Paul S. Grewal