UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA MOBILITY LLC, and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　　　Defendants. | **Case No. 4:13-cv-1774-PJH**<br><br>[~~PROPOSED~~] **ORDER GRANTING VERIZON'S MOTION TO WITHDRAW POTTER MINTON, P.C. AS COUNSEL**<br><br>Judge: Hon. Phyllis J. Hamilton |

　　　　IT IS ORDERED that Potter Minton, P.C. is hereby withdrawn as counsel of record for Cellco Partnership d/b/a Verizon Wireless in the above-referenced case.  The Clerk is to remove Michael E. Jones, at mikejones@potterminton.com, and Patrick C. Clutter, IV, at patrickclutter@potterminton.com, from the Court's ECF service list for this matter.


Dated: 5/28/13

　　　　　　　　　　　　　　　　　　　　　　　United States Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-1-