MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JONATHAN HARDT (*pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant and Counter-Claim Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>     v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>                    Defendants. | CASE NO. 3:13-cv-1774-PJH<br><br>**APPLE INC.'S NOTICE OF SUPPORT FOR ADMINISTRATIVE MOTION TO RELATE CASES AND NOTICE OF CONSENT TO MAGISTRATE JUDGE** |
| ADAPTIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>     v.<br><br>APPLE INC., et al.,<br><br>                    Defendants. | CASE NO. 3:13-cv-1776-NC |
| ADAPTIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>APPLE INC., et al.,<br><br>                    Defendants. | CASE NO. 3:13-cv-1777-JST |
| ADAPTIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>APPLE INC., et al.,<br><br>                    Defendants. | CASE NO. 4:13-cv-2023-EMC |

APPLE'S NOTICE OF SUPPORT FOR ADMINISTRATIVE MOTION TO RELATE CASES AND
NOTICE OF CONSENT TO MAGISTRATE JUDGE
13-CV-1774; 13-CV-1776; 13-CV-1777; 13-CV-2023

Pursuant to the Court's May 20, 2013 Order, Defendant Apple Inc. ("Apple") hereby provides notice that:

### 1. *Notice of Support For Administrative Motion To Relate Cases*

Apple has reviewed the Administrative Motion to Relate Cases filed by Defendant Motorola Mobility in Civil Action 3:13-cv-1774. For the reasons stated therein, Apple supports the motion to relate the following six actions:

1. *Adaptix v. Motorola Mobility LLC, et al.*, Case No. 3:13-cv-1774 (N.D. Cal.);
2. *Adaptix v. Apple Inc., et al.*, Case No. 3:13-cv-1776 (N.D. Cal.);
3. *Adaptix v. Apple Inc., et al.*, Case No. 3:13-cv-1777 (N.D. Cal.);
4. *Adaptix v. AT&T Mobility LLC, et al.*, Case No. 3:13-cv-1778 (N.D. Cal.);
5. *Adaptix v. HTC Corp., et al.*, Case No. 5:13-cv-1844 (N.D. Cal.); and
6. *Adaptix v. Apple Inc., et al.*, Case No. 4:13-cv-2023 (N.D. Cal.).

### 2. *Notice of Consent to Magistrate Judge*

Apple consents to the assignment of this case to United States Magistrate Judge Grewal for trial and disposition.

Dated: May 28, 2013

*/s/ Jonathan Hardt*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

JONATHAN HARDT (*pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

APPLE'S NOTICE OF SUPPORT FOR ADMINISTRATIVE MOTION TO RELATE CASES AND
NOTICE OF CONSENT TO MAGISTRATE JUDGE
13-CV-1774; 13-CV-1776; 13-CV-1777; 13-CV-2023

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 28, 2013, to all counsel of record who are deemed to have consented to electronic service per Civil Local Rule 5.4.

                                          */s/ Jonathan Hardt*
                                          Jonathan Hardt

APPLE'S NOTICE OF SUPPORT FOR ADMINISTRATIVE MOTION TO RELATE CASES AND
NOTICE OF CONSENT TO MAGISTRATE JUDGE
13-CV-1774; 13-CV-1776; 13-CV-1777; 13-CV-2023

2