Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                  Plaintiff,<br><br>      v.<br><br>MOTOROLA MOBILITY LLC and<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>                  Defendants. | **Case No. 3:13-cv-1774-PJH**<br><br>**VERIZON'S STATEMENT SUPPORTING MOTOROLA'S MOTION TO RELATE CASES AND CONSENTING TO MAGISTRATE JUDGE GREWAL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

On May 20, 2013, this Court ordered (Dkt. 37) each party to file a statement confirming:

(1) whether the party supports or opposes Motorola's motion to relate all six cases;

(2) whether the party would consent to proceed before Magistrate Judge Grewal.

Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") responds as follows:

(1) Verizon supports Motorola's motion to relate all six cases;

(2) Verizon consents to proceed before Magistrate Judge Grewal.

1

Dated:  May 28, 2013

*/s/  Geoffrey M. Godfrey*

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:     (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

2