United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.,

       Plaintiff,

  v.

MOTOROLA MOBILITY LLC, et al.,

       Defendants.
_____/

No. C 13-1774 PJH

**ORDER REFERRING RELATED CASES TO MAGISTRATE JUDGE FOR ALL PURPOSES**

ADAPTIX, INC.,

       Plaintiff,

  v.

APPLE INC., et al.,

       Defendants.
_____/

No. C 13-1776 PJH

ADAPTIX, INC.,

       Plaintiff,

  v.

APPLE INC., et al.,

       Defendants.
_____/

No. C 13-1777 PJH

ADAPTIX, INC.,

       Plaintiff,

  v.

AT&T MOBILITY LLC, et al.,

       Defendants.
_____/

No. C 13-1778 PJH

ADAPTIX, INC.,

    Plaintiff,                                        No. C 13-1844 PJH

    v.

CELLCO PARTNERSHIP, et al.,

    Defendants.
_____/

ADAPTIX, INC.,

    Plaintiff,                                        No. C 13-2023 PJH

    v.

APPLE INC., et al.,

    Defendants.
_____/

   These six cases were deemed related by order filed June 3, 2013, and the five latter-filed cases were subsequently reassigned to the undersigned.

   Each party has indicated that it consents to proceed before Magistrate Judge Grewal. Accordingly, pursuant to Local Rule 72-1 and the consent of the parties, these cases are referred to Magistrate Judge Grewal for all purposes, including trial and entry of judgment.

   The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Grewal.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

2