| | |
|---|---|
| 1 | Christopher D. Banys (State Bar No. 230038) |
| | Richard C. Lin       (State Bar No. 209233) |
| 2 | Daniel M. Shafer    (State Bar No. 244839) |
| 3 | cdb@banyspc.com |
| | rcl@banyspc.com |
| 4 | dms@banyspc.com |
| | BANYS, P.C. |
| 5 | 1032 Elwell Court, Suite 100 |
| | Palo Alto, California 94303 |
| 6 | Telephone:  (650) 308-8505 |
| | Facsimile:   (650) 353-2202 |
| 7 | |
| | Attorneys for Plaintiff, |
| 8 | ADAPTIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No.  3:13-CV-01774-PJH |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| MOTOROLA MOBILITY LLC, ET AL. | |
| Defendant. | |

**TO THE CLERK OF COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the address and facsimile number for Christopher D. Banys, Richard C. Lin, and Daniel M. Shafer have changed.  All pleadings, notices, correspondence, and other documents to be transmitted to these attorneys should be addressed as follows:

> Christopher D. Banys
> cdb@banyspc.com
> Richard C. Lin
> rcl@banyspc.com
> Daniel M. Shafer

NOTICE OF CHANGE OF ADDRESS                                    1                                    CASE NO.  3:13-CV-01774-PJH

dms@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Dated: June 4, 2013                              Respectfully submitted,


By: _/s/ Daniel M. Shafer_
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

**Attorneys for Plaintiff,
ADAPTIX, INC.**

NOTICE OF CHANGE OF ADDRESS                     2                     CASE NO.  3:13-CV-01774-PJH