**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX INC,

    Plaintiff,

v.

MOTOROLA MOBILITY LLC,

    Defendant.
_____/

No. CV 13-01774 PJH

**ORDER**

ADAPTIX INC,

    Plaintiff,

v.

APPLE INC,

    Defendant.
_____/

No. CV 13-01776 PJH

**ORDER**

ADAPTIX INC,

    Plaintiff,

v.

APPLE INC,

    Defendant.
_____/

No. CV 13-01777 PJH

**ORDER**

ADAPTIX INC,

    Plaintiff,

v.

AT&T MOBILITY LLC,

    Defendant.
_____/

No. CV 13-01778 PJH

**ORDER**

ADAPTIX INC,

    Plaintiff,

v.

CELLCO PARTNERSHIP,

    Defendant.

No. CV 13-01844 PJH

**ORDER**

ADAPTIX INC,

    Plaintiff,

v.

APPLE INC,

    Defendant.

No. CV 13-02023 PJH

**ORDER**

GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that these cases are reassigned to the **Honorable Paul Singh Grewal** in the **San Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials PSG** immediately after the case number. All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: June 4, 2013

*Richard W. Wieking*
Richard W. Wieking
Clerk of Court

rev 4-12

2