[*SEE SIGNATURE BLOCK FOR LIST OF ATTORNEYS*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC, *et al.*<br><br>            Defendants. | Case No.  5:13-cv-01774-PSG<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| ADAPTIX, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC., *et al.*<br><br>            Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, INC.<br><br>            Plaintiff,<br>v.<br><br>APPLE INC., *et al.*<br><br>            Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, INC.<br><br>            Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*<br><br>            Defendants. | Case No.  5:13-cv-01778-PSG |

|   |   |
|---|---|
| ADAPTIX, INC.<br><br>             Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*<br><br>             Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, INC.<br><br>             Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*<br><br>             Defendants. | Case No.  5:13-cv-02023-PSG |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Initial Case Management Conference currently set for June 25, 2013.  The parties request that the CMC be continued to Tuesday, July 16, 2013.

In support of this stipulated request, the parties state as follows:

1. The Court found the six above-styled cases related on June 3, 2013 (the "Related Case Order").  *See* Case No. 5:13-cv-1774-PSG, Dkt. No. 48.  The six related cases were referred to Magistrate Grewal for all purposes on June 4, 2013.  Dkt. No. 49.

2. The Case Management Conference is currently set for June 25, 2013.  Dkt. No. 52.  The Case Management Statement is due by June 18, 2013.  *Id.*

3. Prior to the Court's Related Case Order, the six cases were scheduled for case management conferences on various dates in July, including a July 16 conference before Magistrate Grewal in *Adaptix v. Cellco Partnership d/b/a Verizon Wireless.*, et al., Case No. 5:13-cv-1844-PSG (N.D. Cal.).

4. Lead counsel for several parties are not available to attend the currently scheduled June 25, 2013 Case Management Conference.  *See* Hardt Declaration.

STIPULATED REQUEST TO CONTINUE CMC         2         CASE NOS. 5:13-CV-01774-PSG; -1776-PSG; -1777-PSG; -1778-PSG; -1844-PSG; -02023-PSG

5. Lead counsel for all parties are available to attend a Case Management Conference on July 16, 2013.  *See* Hardt Declaration.

6. While the Administrative Motion to Consider Cases Related was pending before this Court, the parties filed joint stipulations in several of the Related Cases in the interest of allowing the Court in the lead action to determine the Administrative Motion to Consider Cases Related prior to any CMC conferences occurring in other cases.  *See* Hardt Declaration. There have been no time modifications requested by the parties since the time the six cases were related.  *Id.*

WHEREFORE, the parties respectfully request, in the interests of efficiency, that the upcoming CMC currently set for June 25, 2013, be continued until **Tuesday, July 16, 2013**, and that the related deadlines to file the parties' Case Management Statement be continued to **Tuesday, July 9, 2013**.

Dated: June 6, 2013                                                                 Respectfully submitted,

By: */s/ Jonathan Hardt*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:     (650) 858-6000
Facsimile:       (650) 858-6100

Jonathan Hardt (pro hac vice)
(jonathan.hardt@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:       (202) 663-6363

**Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.**

By: */s/ Tyler T. VanHoutan*
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700

Tyler T. VanHoutan
Philip D. Price
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:    (713) 651-2600
Facsimile:    (713) 651-2700

David S. Bloch
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

**Attorneys for Defendant and Counterclaim-Plaintiff Motorola Mobility LLC**

By: */s/ Geoff Godfrey*
Mark Donnell Flanagan
Robert Michael Galvin
Geoffrey Mark Godfrey
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Tel: (650) 858-6000
Fax: (650) 858-6100

**Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless**

By: */s/ Fred I. Williams*
FRED I. WILLIAMS (*Pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone: 512.499.6200
Facsimile: 512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9510

**Attorneys for Defendants AT&T Mobility LLC, HTC Corporation, and HTC America, Inc.**

By: */s/ Christopher A. Hughes*
Christopher A. Hughes (*Pro hac vice*)
John T. Moehringer (*Pro hac vice*)
Regina M. Lutz (*Pro hac vice*)
**Cadwalader Wickersham & Taft L.L.P.**
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**Attorneys for Defendant AT&T Mobility LLC**

By: */s/ Daniel M. Shafer*
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

**Attorneys for Plaintiff, ADAPTIX, INC.**

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4
   _____
5  Magistrate Judge Paul S. Grewal
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO CONTINUE CMC            6            CASE NOS. 5:13-CV-01774-PSG; -1776-PSG;
                                                           -1777-PSG; -1778-PSG; -1844-PSG; -02023-PSG

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney duly licensed to practice law in the State of Texas. I have been admitted *pro hac vice* to appear before this Court, on behalf of Apple Inc., in the above styled actions involving Apple Inc. I am employed by the law firm of WilmerHale LLP. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                            */s/ Jonathan Hardt*