UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.

Plaintiff(s),

Case No. 5:13-cv-01774-PSG

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

MOTOROLA MOBILITY LLC, et al.

Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/18/13

[Party] Clayton J. Haynes, CFO

Dated: 6/19/13

[Counsel] Steven E. Lipman, HBC