UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Adaptix, Inc.,

                Plaintiff(s),

v.

Motorola Mobility LLC, et al.,

                Defendant(s).

Case No. 5:13-cv-01774-PSG

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/25/13

                [Party] Motorola Mobility LLC

Dated: 6/25/13

                [Counsel] Winston & Strawn LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."