# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.

_____,
                    Plaintiff(s),

        v.

MOTOROLA MOBILITY
LLC, et al._____,
                    Defendant(s).
_____/

CASE NO.  5:13-cv-1774-PSG_____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐        Non-binding Arbitration (ADR L.R. 4)
☐        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐        Mediation (ADR L.R. 6)

_(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)_

**Private Process:**

☑        Private ADR (_please identify process and provider_) _____

        Private mediation -- provider to be determined.
_____

The parties agree to hold the ADR session by:

☐        the presumptive deadline _(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )_

☑        other requested deadline   60 days from the Court's claim construction order

Dated: 6/25/13_____            /s/ Daniel M. Shafer_____
                                Attorney for Plaintiff  Adaptix

Dated: 6/25/13_____            /s/ Geoff Godfrey_____
                                Attorney for Defendant Cellco dba Verizon

                                /s/ Tyler T. VanHoutan_____
Dated: 6/25/13                  Attorney for Defendant Motorola Mobility
CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:

_____

UNITED STATES  MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff Adaptix, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                               */s/ Daniel M. Shafer*

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS