David S. Bloch (SBN: 184530)
  E-mail: dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Jonathan E. Retsky (*Admitted Pro Hac Vice*)
  E-mail:  jretsky@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Tyler T. VanHoutan *(Admitted Pro Hac Vice)*
  E-mail: tvanhoutan@winston.com
Phillip D. Price *(Admitted Pro Hac Vice)*
  E-mail: pprice@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:     (713) 651-2600
Facsimile:     (713) 651-2700

Attorneys for Defendant
MOTOROLA MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>            Defendants. | **Case No.:  5:13-cv-01774-PSG**<br><br>**DEFENDANT MOTOROLA MOBILITY LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Paul S. Grewal |

Defendant Motorola Mobility LLC's
Certification Of Interested Entities or Persons

Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Pursuant to Civil L.R. 3-16, Defendant Motorola Mobility LLC ("Motorola Mobility") certifies that the following persons, associations of persons, firms, partnership, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

Google Inc. owns more than 10% of Motorola Mobility LLC.  Google Inc. has a principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA  94043 and is a publicly traded company on NASDAQ under the ticker symbol GOOG.

Dated:  July 2, 2013                    Respectfully Submitted,

By: */s/ Tyler T. VanHoutan*
    David S. Bloch (SBN: 184530)
     E-mail: dbloch@winston.com
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA  94111-5802
    Telephone:  (415) 591-1000
    Facsimile:   (415) 591-1400

    Jonathan E. Retsky (*Admitted Pro Hac Vice*)
     E-mail jretsky@winston.com
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-9703
    Telephone:  (312) 558-5600
    Facsimile:   (312) 558-5700

    Tyler T. VanHoutan *(Admitted Pro Hac Vice)*
     E-mail: tvanhoutan@winston.com
    Phillip D. Price *(Admitted Pro Hac Vice)*
     E-mail: pprice@winston.com
    WINSTON & STRAWN LLP
    1111 Louisiana, 25th Floor
    Houston, TX 77002-5242
    Telephone:  (713) 651-2600
    Facsimile:   (713) 651-2700

    Attorneys for Defendant
    MOTOROLA MOBILITY LLC

Defendant Motorola Mobility LLC's
Certification Of Interested Entities or Persons

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and forgoing document has been served on July 2, 2013 to all counsel of record who are deemed to have consented to electronic service per Civil L. R. 5.1(h)(1).

>            */s/ Tyler T. VanHoutan*
>                 Tyler T. VanHoutan

Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

WS01502017                    2
Defendant Motorola Mobility LLC's
Certification Of Interested Entities or Persons