Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>            Defendants. | **Case No. 5:13-cv-1774-PSG**<br><br>**VERIZON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Paul S. Grewal |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Cellco Partnership d/b/a Verizon Wireless is a joint venture of Verizon Communications Inc. and Vodafone Group Plc, publicly held companies that indirectly own 10 percent or more of Cellco Partnership d/b/a Verizon Wireless.

Dated:  July 8, 2013                    */s/  Geoffrey M. Godfrey*
                                        Mark D. Flanagan (SBN 130303)
                                          mark.flanagan@wilmerhale.com
                                        Robert M. Galvin (SBN 171508)
                                          robert.galvin@wilmerhale.com
                                        Geoffrey M. Godfrey (SBN 228735)
                                          geoff.godfrey@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        950 Page Mill Road
                                        Palo Alto, CA  94304
                                        Telephone:     (650) 858-6000
                                        Facsimile:     (650) 858-6100

                                        Attorneys for Defendant
                                        CELLCO PARTNERSHIP d/b/a
                                        VERIZON WIRELESS

-2-