| | |
|---|---|
| Mark D. Selwyn (SBN 244180) | Jonathan Hardt (pro hac vice) |
| (mark.selwyn@wilmerhale.com) | (jonathan.hardt@wilmerhale.com) |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|   HALE AND DORR LLP |   HALE AND DORR LLP |
| 950 Page Mill Road | 1875 Pennsylvania Ave. NW |
| Palo Alto, California 94304 | Washington, DC 20006 |
| Telephone:  (650) 858-6000 | Telephone:  (202) 663-6000 |
| Facsimile:  (650) 858-6100 | Facsimile:  (202) 663-6363 |

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 5:13-cv-01774-PSG |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |
| v. | |
| APPLE INC., *et al.* | |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-cv-01777-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.* | |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-cv-02023-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.* | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned hereby certifies that as of this date, other than the named party Apple Inc., there is no such interest to report.

Dated: July 9, 2013 　　　　　　　　　　　　　　　Respectfully submitted,

By: */s/ Jonathan Hardt*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:     (650) 858-6000
Facsimile:      (650) 858-6100

Jonathan Hardt (pro hac vice)
(jonathan.hardt@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Telephone:     (202) 663-6000
Facsimile:      (202) 663-6363

**Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.**