# EXHIBIT A

## EXHIBIT A – PLAINTIFF ADAPTIX's PROPOSED SCHEDULE

| Event | Date |
|---|---|
| Initial Case Management Conference [Civil L.R. 16-10] | July 16, 2013 |
| Plaintiff's Initial Disclosure of Asserted Claims & Preliminary Infringement Contentions & accompanying document production [Patent L.R. 3-1 & 3-2] **< 14 days after Initial CMC** | July 30, 2013 |
| Defendant's Preliminary Invalidity Contentions & accompanying document production [Patent L.R. 3-3 & 3-4] **< 45 days after L.R. 3-1 & 3-2** | August 30, 2013 |
| Parties to exchange Proposed Terms & Claim Limitations for Construction [Patent L.R. 4-1(a)] **< 14 days after L.R. 3-3 & 3-4** | September 13, 2013 |
| Parties to exchange Preliminary Claim Constructions [Patent L.R. 4-2(a)] **< 21 days after L.R. 4-1** | October 14, 2013 |
| Parties to file Joint Claim Construction & Prehearing Statement; parties to exchange expert declarations or other disclosures on claim construction for any experts who will submit declarations or testify regarding claim construction at the Claim Construction Hearing. [Patent L.R. 4-3] **< 60 days after L.R. 3-3 & 3-4** | October 29, 2013 |
| Claim Construction Discovery Cut-Off [Patent L.R. 4-4] **< 30 days after filing L.R. 4-3** | November 29, 2013 |
| Plaintiff to file Opening Brief on Claim Construction [Patent L.R. *4-5(a)*] **< 45 days after filing L.R. 4-3** | December 6, 2013 |
| Defendant to file Responsive Brief on Claim Construction [Patent L.R. *4-5(b)*] **< 14 days after filing L.R. 4-5(a)** | December 20, 2013 |

EXHIBIT A TO JOINT COORDINATED CASE
MANAGEMENT STATEMENT AND RULE 26(f)
REPORT

| | |
|---|---|
| Plaintiff to file Reply Brief on Claim Construction [Patent L.R. *4-5* (c)] <br> **< 7 days after filing L.R. 4-5(b)** | December 30, 2013 |
| Claim Construction *(Markman)* Hearing and Technical Tutorial <br> **< 2 week after submitting L.R. 4-5(c)** | February 6, 2014 or such other date amenable to the Court's calendar |
| Production of Advice of Counsel [Patent L.R. 3-7] <br> **< 50 days after *Markman* ORDER** | |
| Fact Discovery Cut-off | July 14, 2014 |
| Parties with burden of proof designate expert witnesses (non-construction issues)of | August 25, 2014 |
| Expert witness reports due | September 18, 2014 |
| Parties designate rebuttal expert witnesses (non-construction issues) | September 29, 2014 |
| Rebuttal expert witness reports due | October 13, 2014 |
| Close of Expert Discovery | November 10, 2014 |
| Deadline to File Dispositive Motions | November 24, 2014 |
| Opposition briefs on dispositive motions | December 22, 2014 |
| Reply briefs on dispositive motions | January 5, 2015 |
| Hearing of Dispositive Motions | February 2, 2015, or such other date amenable to the Court's calendar |
| Pretrial Conference | April 6, 2015, or such other date amenable to the Court's calendar |
| Initial Trial | April 14, 2015, or such other date amenable to the Court's calendar |

EXHIBIT A TO JOINT COORDINATED CASE
MANAGEMENT STATEMENT AND RULE 26(f)
REPORT