# EXHIBIT B

# **EXHIBIT B[1] – DEFENDANTS' PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Plaintiff's Infringement Contentions and Document Production Accompanying Disclosure Due (E.D. Tex. Local Patent Rule ("L.P.R.") 3-1 and 3-2) | Complete.  E.D. Tex. deadline was August 10, 2012 |
| Defendants' Invalidity Contentions and Document Production Accompanying Invalidity Contentions Due (E.D. Tex. L.P.R. 3-3 and 3-4) | Complete.  E.D. Tex. deadline was January 10, 2013 |
| Parties Exchange Proposed Terms for Claim Construction (E.D. Tex. L.P.R. 4-1) | Complete.  E.D. Tex. deadline was February 1, 2013 |
| Parties Exchange Preliminary Claim Constructions & Produce Extrinsic Evidence (E.D. Tex. L.P.R. 4-2) | Complete.  E.D. Tex. deadline was March 11, 2013 |
| Joint Case Management Statement | July 9, 2013 |
| Case Management Conference | July 16, 2013 |
| Joint Claim Construction and Prehearing Statement (per N.D. Cal. Patent L.R. 4-3) | August 30, 2013 |
| Close of claim construction discovery | September 13, 2013 |
| Opening claim construction briefs by party asserting patents | September 20, 2013 |
| Responsive claim construction briefs | October 11, 2013 |
| Reply claim construction briefs | October 18, 2013 |
| *Markman* Tutorial | November 7, 2013 or such other date amenable to the Court's calendar |
| Claim Construction Hearing | November 8, 2013 or such other date amenable to the Court's calendar |
| Fact Discovery Cutoff | May 2, 2014 |
| Parties with burden of proof designate expert witnesses (non-construction issues) | June 13, 2014 |
| Expert witness reports due | June 27, 2014 |

---

[1] Defendants' proposed schedule incorporates past E.D. Tex. deadlines.

EXHIBIT B TO JOINT COORDINATED CASE
MANDAGEMENT STATEMENT AND RULE 26(f)
REPORT

1

| Parties designate rebuttal expert witnesses (non-construction issues) | July 18, 2014 |
|---|---|
| Rebuttal expert witness reports due | August 1, 2014 |
| Close of Expert Discovery | August 29, 2014 |
| Deadline to File Dispositive Motions | September 12, 2014 |
| Opposition briefs on dispositive motions | October 10, 2014 |
| Reply briefs on dispositive motions | October 24, 2014 |
| Hearing of Dispositive Motions | November 21, 2014, or such other date amenable to the Court's calendar |
| Pretrial Conference | February 2, 2015, or such other date amenable to the Court's calendar |
| Initial Trial | February 9, 2015, or such other date amenable to the Court's calendar |