# EXHIBIT C

1

### EXHIBIT C – COMPARED PROPOSED SCHEDULES FROM THE PARTIES

2

3

| EVENT | PLAINTIFF'S DATE | DEFENDANTS' DATE |
|---|---|---|
| Initial Case Management Conference | July 16, 2013 | July 16, 2013 |
| Plaintiff's Initial Disclosure of Asserted Claims & Preliminary Infringement Contentions & accompanying document production | July 30, 2013 | August 10, 2012 |
| Defendant's Preliminary Invalidity Contentions & accompanying document production | August 30, 2013 | January 10, 2013 |
| Parties to exchange Proposed Terms & Claim Limitations for Construction | September 13, 2013 | February 1, 2013 |
| Parties to exchange Preliminary Claim Constructions | October 14, 2013 | March 11, 2013 |
| Parties to file Joint Claim Construction & Prehearing Statement; parties to exchange expert declarations or other disclosures on claim construction for any experts who will submit declarations or testify regarding claim construction at the Claim Construction Hearing. | October 29, 2013 | August 30, 2013 |
| Construction Discovery Cut-Off | November 29, 2013 | September 13, 2013 |
| Plaintiff to file Opening Brief on Claim Construction | December 6, 2013 | September 20, 2013 |
| Defendant to file Responsive Brief on Claim Construction | December 20, 2013 | October 11, 2013 |
| Plaintiff to file Reply Brief on Claim Construction | December 30, 2013 | October 18, 2013 |
| Claim Construction (Markman) Hearing and Technical Tutorial | February 6, 2014 or such other date amenable to the Court's calendar | November 7 & 8, 2013 or such other date amenable to the Court's calendar (Split: November 7th for Tutorial; November 8th for Hearing) |
| Production of Advice of Counsel | | |
| Fact Discovery Cut-off | July 14, 2014 | May 2, 2014 |
| Parties with burden of proof designate expert witnesses (non-construction issues) | August 25, 2014 | June 13, 2014 |
| Expert witness reports due | September 18, 2014 | June 27, 2014 |
| Parties designate rebuttal expert witnesses (non-construction issues) | September 29, 2014 | July 18, 2014 |
| Rebuttal expert witness reports due | October 13, 2014 | August 1, 2014 |
| Close of Expert Discovery | November 10, 2014 | August 29, 2014 |
| Deadline to File Dispositive Motions | November 24, 2014 | September 12, 2014 |
| Opposition briefs on dispositive motions | December 22, 2014 | October 10, 2014 |
| Reply briefs on dispositive motions | January 5, 2015 | October 24, 2014 |
| Hearing of Dispositive Motions | February 2, 2015, or such other date amenable to the Court's calendar | November 21, 2014, or such other date amenable to the Court's calendar |
| Pretrial Conference | April 6, 2015, or such other date amenable to the Court's calendar | February 2, 2015, or such other date amenable to the Court's calendar |
| Initial Trial | April 14, 2015, or such other date amenable to the Court's calendar | February 9, 2015, or such other date amenable to the Court's calendar |