# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: July 16, 2013                                            Time in Court: 1 hour and 4 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:03 to 11:07)

**TITLE: Adaptix, Inc. v. Motorola Mobility LLC, et al.**
**CASE NUMBER**: **CV13-01774 PSG**
**RELATED CASES:**
CV13-01776 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01777 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01778 PSG–*Adaptix, Inc. v. AT&T, Inc., et al.*
CV13-01844 PSG–*Adaptix, Inc. v. Cellco Partnership, et al.*
CV13-02023 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
Plaintiff Attorney(s) present: Christopher Banys, Steven Lipman and Samiyah Diaz
Defendant Attorney(s) present: Mark Selwyn, Jonathan Hardt, Tyler Van Houtan, David Bloch, Mark Flanagan, Geoff Godfrey, Fred Williams, Teresa Ghali and Christopher Hughes

## PROCEEDINGS:
## Case Management Conference

Case management conference held.
Case management scheduling order to be issued.
Status conference to discuss structure of initial trial as set forth in schedule and to discuss motion practice set for 8/6/2013 at 10:00 a.m. **\***Counsel is approved for telephonic appearance.

///

**\***Counsel requesting to appear telephonically are instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.