HAYES, MESSINA, GILMAN & HAYES, LLC
Paul J. Hayes (Admitted *Pro Hac Vice*)
phayes@hayesmessina.com
Steven E. Lipman (Admitted *Pro Hac Vice*)
slipman@hayesmessina.com
300 Brickstone Square, 9th Floor
Andover, MA 01810
Telephone: (978) 809-3850

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>           Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br><br>           Defendants. | Case No. 5:13-CV-01774-PSG<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS**<br><br>Judge: Paul S. Grewal |
| ADAPTIX, INC.<br><br>           Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>           Defendants. | Case No. 5:13-CV-1776-PSG |
| ADAPTIX, INC.<br><br>           Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>           Defendants. | Case No. 5:13-CV-1777-PSG |

06045635   NOTICE OF CHANGE OF FIRM
AFFILIATION AND CHANGE OF ADDRESS

| | | |
|---|---|---|
| 1 | ADAPTIX, INC. | Case No. 5:13-CV-1778-PSG |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | AT&T MOBILITY LLC, *et al.*, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | ADAPTIX, INC. | Case No. 5:13-CV-1844-PSG |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, | |
| 11 | Defendants. | |
| 12 | | |
| 13 | ADAPTIX, INC. | Case No. 5:13-CV-2023-PSG |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | APPLE INC., *et al.*, | |
| 17 | Defendants. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective July 1, 2013, Paul Hayes and Steven Lipman are no longer affiliated with the law firm Hayes, Bostock & Cronin, LLC. All pleadings, notices, correspondence, and other documents for these attorneys should be addressed as follows:

> Paul J. Hayes
> phayes@hayesmessina.com
> Steven E. Lipman
> slipman@hayesmessina.com
> HAYES, MESSINA, GILMAN & HAYES, LLC
> 300 Brickstone Square, 9th Floor
> Andover, MA 01810
> Telephone: (978) 809-3850

NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS            1

| | |
|---|---|
| Dated: July 23, 2013 | Respectfully submitted, |
| | By: _____/s/ Paul J. Hayes_____ |
| | Paul J. Hayes (*pro hac vice*) |
| | phayes@hayesmessina.com |
| | Steven E. Lipman (*pro hac vice*) |
| | slipman@hayesmessina.com |
| | **HAYES, MESSINA, GILMAN & HAYES, LLC** |
| | 300 Brickstone Square, 9th Floor |
| | Andover, MA 01810 |
| | Tel: (978) 809-3850 |
| | Fax: (978) 809-3869 |
| | |
| | Christopher D. Banys |
| | Richard C. Lin |
| | Daniel M. Shafer |
| | cdb@banyspc.com |
| | rcl@banyspc.com |
| | dms@banyspc.com |
| | **BANYS, P.C.** |
| | 1032 Elwell Court, Suite 100 |
| | Palo Alto, California 94303 |
| | Telephone: (650) 308-8505 |
| | Facsimile: (650) 353-2202 |
| | |
| | **Attorneys for Plaintiff** |
| | **ADAPTIX, INC.** |

NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS              2