*[Counsel Listed on Signature Block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br>            Defendants. | Case No.  5:13-cv-01774-PSG<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>            Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>            Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>            Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*,<br>            Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>            Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>            Defendants. | Case No.  5:13-cv-02023-PSG |

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                              1

**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**

Plaintiff Adaptix, Inc. and Defendants Apple Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, HTC Corporation, HTC America, Inc., and Motorola Mobility LLC hereby submit the following Supplemental Joint Case Management Statement to provide the attached proposed orders for the Court's consideration and entry in the above-referenced matters.

Attached hereto as **Exhibit A** is a proposed Supplemental Scheduling Order, the content of which has been agreed to by all parties.

Attached hereto as **Exhibit B** is a proposed Order Regarding E-Discovery, the content of which has been agreed to by all parties.

Attached hereto as **Exhibit C** is a proposed Order Regarding Procedure for Resolution of Disputes Concerning Discovery and Other Non-Dispositive Issues, the content of which has been agreed to by all parties, although Plaintiff believes the Order should apply as well to Dispositive Issues.

Attached hereto as **Exhibit D** is a proposed Protective Order, the content of which has been agreed to by all parties, except for Section 1.E ("Export Control").  Defendants believe this section should be included in the Protective Order; Plaintiff does not agree.

For the convenience of the parties, in the interest of judicial economy, and subject to the Court's resolution of the parties' disagreement concerning Section 1.E of the proposed Protective Order, the parties respectfully request that the Court enter Exhibits A through D as controlling Orders in the above-captioned actions.

Dated:  August 6, 2013                    Respectfully submitted:

*/s/  Daniel M. Shafer*
Paul J. Hayes (admitted *pro hac vice*)
phayes@hayesmessina.com
Steven E. Lipman (admitted *pro hac vice*)
slipman@hayesmessina.com
HAYES MESSINA GILMAN & HAYES LLC
300 Brickstone Square, St. 901
Andover, MA  01810

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                    2

```
 1                                          Telephone: (978) 809-3850
                                            Facsimile: (978) 809-3869
 2
 3                                          Christopher D. Banys (SBN 230038)
                                            cdb@banyspc.com
 4                                          Richard C. Lin (SBN 209233)
                                            rcl@banyspc.com
 5                                          Daniel M. Shafer (SBN 244839)
                                            dms@banyspc.com
 6                                          BANYS, P.C.
                                            1032 Elwell Court, Suite 100
 7                                          Palo Alto, CA 94303
                                            Telephone: (650) 308-8505
 8                                          Facsimile: (650) 353-2202
 9
                                            **Attorneys for Plaintiff**
10                                          **Adaptix, Inc.**

11

12                                          */s/ Mark D. Selwyn*
                                            Mark D. Selwyn (SBN 244180)
13                                          mark.selwyn@wilmerhale.com
                                            Craig E. Davis (SBN 221356)
14                                          craig.davis@wilmerhale.com
                                            WILMER CUTLER PICKERING HALE
15                                             AND DORR LLP
                                            950 Page Mill Road
16                                          Palo Alto, CA 94304
                                            Telephone: (650) 858-6000
17                                          Facsimile: (650) 858-6100

18
                                            Jonathan L. Hardt (admitted *pro hac vice*)
19                                          jonathan.hardt@wilmerhale.com
                                            WILMER CUTLER PICKERING HALE
20                                             AND DORR LLP
                                            1875 Pennsylvania Ave. NW
21                                          Washington, D.C. 20006
                                            Telephone: (202) 663-6000
22                                          Facsimile: (202) 663-6363

23
                                            **Attorneys for Defendant and Counterclaim-Plaintiff**
24                                          **Apple Inc.**

25

26                                          */s/ Tyler T. VanHoutan*
                                            Jonathan E. Retsky (admitted *pro hac vice*)
27                                          jretsky@winston.com
                                            WINSTON & STRAWN LLP
28
```

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                        3

35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Tyler T. VanHoutan (admitted *pro hac vice*)
tvanhoutan@winston.com
Philip D. Price (admitted *pro hac vice*)
pprice@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

David S. Bloch (SBN 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

**Attorneys for Defendant and Counterclaim-Plaintiff Motorola Mobility LLC**

*/s/ Geoffrey M. Godfrey*
Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless**

*/s/ Fred I. Williams*
Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                 4

```
                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              300 West 6th Street, Suite 1900
                              Austin, TX 78701
                              Telephone: (512) 499-6200
                              Facsimile: (512) 499-6290

                              Teresa W. Ghali (SBN 252961)
                              tghali@akingump.com
                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              580 California Street, Suite 1500
                              San Francisco, CA 94104
                              Telephone: (415) 765-9500
                              Facsimile: (415) 765-9510
```

**Attorneys for Defendants**
**AT&T Mobility LLC, HTC Corporation,**
**and HTC America, Inc.**

*/s/ Christopher A. Hughes*
Christopher A. Hughes (admitted *pro hac vice*)
Christopher.Hughes@cwt.com
John T. Moehringer (admitted *pro hac vice*)
John.Moehringer@cwt.com
Regina M. Lutz (admitted *pro hac vice*)
Regina.Lutz@cwt.com
CADWALADER WICKERSHAM & TAFT L.L.P.
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

David Clonts (admitted *pro hac vice*)
dclonts@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th floor
Houston, TX 77002
Telephone: (713) 220-5886
Facsimile: (713) 236-0822

**Attorneys for Defendant**
**AT&T Mobility LLC**

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                        5