# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 6, 2013                                    Time in Court: 23 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:05 to 10:28)

**TITLE: Adaptix, Inc. v. Motorola Mobility LLC, et al.**
**CASE NUMBER**: **CV13-01774 PSG**
**RELATED CASES:**
CV13-01776 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01777 *PSG–Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01778 PSG–*Adaptix, Inc. v. AT&T, Inc., et al.*
CV13-01844 PSG–*Adaptix, Inc. v. Cellco Partnership, et al.*
CV13-02023 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
Plaintiff Attorney(s) present: Christopher Banys.  Appearing Telephonically: Paul Hayes and Steven Lipman
Defendant Attorney(s) present: Mark Selwyn, Mark Flanagan and Geoffrey Godfrey.  Appearing Telephonically: David Bloch, Jonathan Hardt, Christopher Hughes and Phillip Price

**PROCEEDINGS:**
**Status Conference**

Status conference held.
Court to issue order after hearing.

///