UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-01774-PSG<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No. 5:13-cv-02023-PSG |

**SUPPLEMENTAL SCHEDULING ORDER**

On August 6, 2013, the parties appeared for a status conference.  Based on the parties' Supplemental Joint Case Management Statement and the discussions held at the status conference,

IT IS HEREBY ORDERED that the following schedule and deadlines shall apply to this case in addition to the schedule and deadlines set forth in the Court's Case Management Order dated July 24, 2013:

| Event | Date |
| --- | --- |
| Joint Claim Construction and Prehearing Statement (per N.D. Cal. Patent L.R. 4-3) | August 30, 2013 |
| Close of claim construction discovery | September 13, 2013 |
| Opening claim construction briefs by party asserting patents | September 20, 2013 |
| Responsive claim construction briefs | October 11, 2013 |
| Reply claim construction briefs | October 18, 2013 |
| Rebuttal expert witness reports due | August 1, 2014 |
| Opposition briefs on dispositive motions | October 10, 2014 |
| Reply briefs on dispositive motions | October 24, 2014 |

IT IS SO ORDERED.

Dated: August 14, 2013

PAUL S. GREWAL
United States Magistrate Judge