UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, *et al*,<br><br>Defendants. | Case No. 5:13-cv-01774 PSG |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC, *et al,*<br><br>Defendants. | Case No. 5:13-cv-01776 PSG |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., *et al,*<br><br>Defendants. | Case No. 5:13-cv-01777 PSG |

Case No.: 13-1774
CASE MANAGEMENT ORDER

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, *et al*,<br><br>Defendants. | Case No. 5:13-cv-01778 PSG |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC CORPORATION, and HTC AMERICA, INC.,<br><br>Defendants. | Case No. 5:13-cv-01844 PSG |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., et al,<br><br>Defendants. | Case No. 5:13-cv-02023 PSG |

**CASE MANAGEMENT ORDER RE: INFRINGEMENT CONTENTIONS**

Pursuant to the court's order posted earlier today in Case No. 5:13-cv-1778 and Case No. 5:13-cv-2023, Plaintiff Adaptix, Inc. ("Adaptix") shall be limited to 25 asserted claims only. Any amendment to existing claims must be made pursuant to Pat. L.R. 3-6.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-1774
CASE MANAGEMENT ORDER