Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.                                    )
                                                 )   Case No: 3:13-CV-01774
                    Plaintiff(s),                )
                                                 )   **APPLICATION FOR**
         v.                                      )   **ADMISSION OF ATTORNEY**
                                                 )   **PRO HAC VICE**
MOTOROLA MOBILITY LLC,                           )   (CIVIL LOCAL RULE 11-3)
                                                 )
                    Defendant(s).                )
_____)

I, Samiyah Diaz _____, an active member in good standing of the bar of
Massachusetts _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Adaptix, Inc. _____ in the
above-entitled action. My local co-counsel in this case is Christopher D. Banys _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 300 Brickstone Square, Ste 901<br>Andover, MA 01810 | 1032 Elwell Court, Suite 100<br>Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (978) 809-3850 | (650) 308-8505 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sdiaz@hayesmessina.com | CDB@banyspc.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 674279/MA .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/13

                                        Samiyah Diaz
                                    _____
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Samiyah Diaz _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  8/26/2013

                                        Paul S. Grewal
                                    _____
                                    UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*