# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-01774-PSG |
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>　　　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　　Defendants. | Case No.  5:13-cv-02023-PSG |

## AMENDMENTS TO SCHEDULING ORDERS

On July 16 and August 6, 2013, the parties to the above-captioned coordinated cases appeared for case management conferences, subsequent to which the Court respectively entered a Case Management Order dated July 24, 2013 and Supplemental Scheduling Order dated August 14, 2013.[1] Pursuant to the Court's Order dated August 22, 2013 (*see* Dkt. No. 131 in Case No. 5:13-cv-01778 and Dkt. No. 100 in Case No. 5:13-cv-02023) and the proposal submitted by Defendants on August 30, 2013,

IT IS HEREBY ORDERED that the following amended deadlines shall apply to this case in addition to or in place of the corresponding events and deadlines set forth in the Court's Case Management Order and Supplemental Scheduling Order, as applicable:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff's amended infringement contentions | n/a | August 30, 2013 |
| Joint Claim Construction and Prehearing Statement (per N.D. Cal. Patent L.R. 4-3) | August 30, 2013 | October 4, 2013 |
| Close of claim construction discovery | September 13, 2013 | October 11, 2013 |
| Opening claim construction briefs by party asserting patents | September 20, 2013 | October 18, 2013 |
| Responsive claim construction briefs | October 11, 2013 | November 8, 2013 |
| Reply claim construction briefs | October 18, 2013 | November 15, 2013 |
| Claim construction tutorial | November 6, 2013 at 10:00 a.m. | December 18, 2013 |
| Claim construction hearing | November 8, 2013 at 10:00 a.m. | December 19, 2013 |
| Defendants' amended invalidity contentions | n/a | January 15, 2014 |

---

[1] This Court's original Case Management Order and Supplemental Scheduling Order respectively appear at Dkt. Nos. 69 and 78 in Case No. 5:13-cv-01774, Dkt. Nos. 108 and 118 in Case No. 5:13-cv-01776, Dkt. Nos. 115 and 124 in Case No. 5:13-cv-01777, Dkt. Nos. 114 and 122 in Case No. 5:13-cv-01778, Dkt. Nos. 100 and 108 in Case No. 5:13-cv-01844, and Dkt. Nos. 81 and 91 in Case No. 5:13-cv-02023.

IT IS SO ORDERED.


Dated:  September 20, 2013                    _____
                                             PAUL S. GREWAL
                                             United States Magistrate Judge