UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: September 20, 2013                    Time in Court: [11:39 to 12:11 (32 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

---

**TITLE: Adaptix, Inc. v. Motorola Mobility LLC, et al.**
**CASE NUMBER**: **CV13-01774 PSG**
**RELATED CASES:**
CV13-01776 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01777 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
CV13-01778 PSG–*Adaptix, Inc. v. AT&T, Inc., et al.*
CV13-01844 PSG–*Adaptix, Inc. v. Cellco Partnership, et al.*
CV13-02023 PSG–*Adaptix, Inc. v. Apple, Inc., et al.*
Plaintiff Attorney(s) present: Daniel Shafer.  Also present (*telephonically*): Jonathan DeBlois and Kevin Gannon.
Defendant Attorney(s) present: Geoff Godfrey, David Bloch and Craig Davis.
Also present (*telephonically*): Christopher Hughes, Phillip Price, Mark Selwyn, David Clonts and Michael Reeder.

---

### PROCEEDINGS:
**1.) CV13-01774 PSG: Plaintiff Adaptix, Inc.'s Motion to Supplement Infringement Contentions (Doc. 90)**
**2.) As to All Cases: Hearing as to Defendants' Proposed Amendments to Scheduling Order**

Counsel present oral arguments.
The court grants Plaintiff's Motion to Supplement Infringement Contentions.
Tutorial continued to 12/18/13 at 10:00 a.m.
Claims Construction Hearing continued to 12/19/13 at 10:00 a.m.
Court to issue amended scheduling order.

///