Paul J. Hayes (*pro hac vice*)
Steven E. Lipman (*pro hac vice*)
HAYES MESSINA GILMAN & HAYES, LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810
phayes@hayesmessina.com
slipman@hayesmessina.com
Telephone: (978) 809-3850
Facsimile: (978) 809-3869

Attorneys for Plaintiff
ADAPTIX, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br>     Plaintiff, <br>   v. <br> MOTOROLA MOBILITY LLC, *et al.*, <br>     Defendants. | Case No.: 5:13-cv-01774-PSG |
| ADAPTIX, INC., <br>     Plaintiff, <br>   v. <br> APPLE, INC., *et al.*, <br>     Defendants. | Case No.: 5:13-cv-01776-PSG |
| ADAPTIX, INC., <br>     Plaintiff, <br>   v. <br> APPLE, INC., *et al.*, <br>     Defendants. | Case No.: 5:13-cv-01777-PSG |
| ADAPTIX, INC., <br>     Plaintiff, <br>   v. <br> AT&T MOBILITY LLC, *et al.*, <br>     Defendants. | Case No.: 5:13-cv-01778-PSG |
| ADAPTIX, INC., <br>     Plaintiff, | Case No.: 5:13-cv-01844-PSG |

|  |  |
|---|---|
| v. | ) |
| CELLCO PARTNERSHIP d/b/a | ) |
| VERIZON WIRELESS, et al., | ) |
| Defendants. | ) |
| _____ | ) |
|  | ) |
| ADAPTIX, INC., | )   Case No.: 5:13-cv-02023-PSG |
| Plaintiff, | ) |
| v. | ) |
| APPLE, INC., et al., | ) |
| Defendants. | ) |
| _____ | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff, Adaptix, Inc. ("Adaptix"), files this Unopposed Motion for Extension of Time in which to File Its Joint Claim Construction and Prehearing Statement in the above captioned cases.

Plaintiff hereby requests an extension in which to file its Joint Claim Construction and Prehearing Statement up to and including October 8, 2013. Such extension is not for the purposes of delay and Defendants are not opposed to the relief requested herein. The extension to October 8 is necessitated by Adaptix's upcoming office relocation from its current location in Andover, Massachusetts to its new location in Boston, Massachusetts, during which time Adaptix's computer servers and other critical office resources will be unavailable.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court to grant its request for an extension up to and including October 8, 2013 in which to file its Joint Claim Construction and Prehearing Statement as set forth above.

ADAPTIX, INC.

Dated: September 30, 2013     By: /s/ Paul J. Hayes
                              Paul J. Hayes (pro hac vice)
                              Steven E. Lipman (pro hac vice)
                              **HAYES MESSINA GILMAN & HAYES, LLC**
                              300 Brickstone Square, 9th Floor
                              Andover, MA 01810
                              Tel: (978) 809-3850

2

| | |
|---|---|
| 1 | phayes@hayesmessina.com |
| 2 | slipman@hayesmessina.com |
|   | Telephone: (978) 809-3850 |
| 3 | Facsimile: (978) 809-3869 |
| 4 | Christopher D. Banys |
|   | Richard C. Lin |
| 5 | Daniel M. Shafer |
| 6 | cdb@banyspc.com |
|   | rcl@banyspc.com |
| 7 | dms@banyspc.com |
|   | BANYS, P.C. |
| 8 | 1032 Elwell Court, Suite 100 |
|   | Palo Alto, CA 94303 |
| 9 | Telephone: (650) 308-8505 |
| 10 | Facsimile: (650) 353-2202 |
| 11 | **ATTORNEYS FOR ADAPTIX, INC.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 30, 2013.

                                          */s/ Jonathan R. DeBlois*
                                          Jonathan R. DeBlois

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with Counsel for Defendants, and Defendants do not oppose the relief requested in this Motion.

                                      */s/ Paul J. Hayes*
                                        Paul J. Hayes