1  Paul J. Hayes (*pro hac vice*)
2  Steven E. Lipman (*pro hac vice*)
   HAYES MESSINA GILMAN & HAYES, LLC
3  300 Brickstone Square, 9th Floor
   Andover, MA 01810
4  phayes@hayesmessina.com
   slipman@hayesmessina.com
5  Telephone: (978) 809-3850
   Facsimile: (978) 809-3869
6
7  Attorneys for Plaintiff
   ADAPTIX, INC.

8
9                       **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**

| | |
|---|---|
| 11  ADAPTIX, Inc., <br>              Plaintiff, | Case No.  5:13-cv-01774-PSG |
| 12  v. | |
| 13  MOTOROLA MOBILITY LLC, *et al.*, <br>              Defendants. | |
| 14  ADAPTIX, Inc., <br>              Plaintiff, | Case No.  5:13-cv-01776-PSG |
| 15  v. | |
| 16  APPLE, INC., *et al.*, <br>              Defendants. | |
| 17  ADAPTIX, Inc., <br>              Plaintiff, | Case No.  5:13-cv-01777-PSG |
| 18  v. | |
| 19  APPLE, INC., *et al.*, <br>              Defendants. | |
| 20  ADAPTIX, Inc., <br>              Plaintiff, | Case No.  5:13-cv-01778-PSG |
| 21  v. | |
| 22  AT&T MOBILITY LLC, *et al.*, <br>              Defendants. | |
| 23  ADAPTIX, Inc., <br>              Plaintiff, | Case No.  5:13-cv-01844-PSG |
| 24  v. | |
| 25  CELLCO PARTNERSHIP *d/b/a* <br>  VERIZON WIRELESS, *et al.*, <br>              Defendants. | |

1

| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No.  5:13-cv-02023-PSG |
|---|---|

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Joint Claim Construction and Prehearing Statement (the "Motion").  Having considered the Motion and supporting materials, the Court GRANTS the Motion and allows the relief requested by Plaintiff, Adaptix Inc., that the deadline for filing the Joint Claim Construction and Prehearing Statement in the above captioned cases be extended up to and including October 8, 2013.

DATED:  October 2, 2013

*/s/ Paul S. Grewal*
HON. Paul S. Grewal
United States Magistrate Judge

2