# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>MOTOROLA MOBILITY LLC, *et al.*,<br>   Defendants. | Case No. 5:13-cv-01774-PSG<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>   Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>   Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>AT&T MOBILITY LLC, *et al.*,<br>   Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*,<br>   Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>   Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>   Defendants. | Case No. 5:13-cv-02023-PSG |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE    CASE NOS. 5:13-cv-01774-PSG; -1776; -1777; -01778; -1844; -2023

1

1
2  **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE**

3
4  Before the Court is the Parties' Joint Motion for Modification of the Parties' Claim
5  Construction Briefing Schedule.  Having considered the Motion, the Court GRANTS the Motion
6  and allows the relief requested by the Parties.  Accordingly, the Parties' claim construction
7  briefing schedule is modified as follows:

8
9
| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opening claim construction brief by Adaptix | October 18, 2013 | October 22, 2013 |
| Responsive claim construction briefs | November 8, 2013 | November 18, 2013 |
| Reply claim construction briefs | November 15, 2013 | November 22, 2013 |

13
14
15  IT IS SO ORDERED.
16
17  DATED:  October 17, 2013            _____
                                        HON. Paul S. Grewal
18                                      United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT            CASE NOS. 5:13-cv-01774-PSG; -1776; -1777;
MOTION FOR MODIFICATION OF THE PARTIES'                    -01778; -1844; -2023
CLAIM CONSTRUCTION BRIEFING SCHEDULE