# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> MOTOROLA MOBILITY LLC, *et al.*, <br>    Defendants. | Case No. 5:13-cv-01774-PSG <br><br> **[PROPOSED] ORDER GRANTING ADAPTIX'S UNOPPOSED NOTICE OF CORRECTION TO THE PARTIES' JOINT MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>    Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>    Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, *et al.*, <br>    Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*, <br>    Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc., <br>    Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>    Defendants. | Case No. 5:13-cv-02023-PSG |

[PROPOSED] ORDER GRANTING                     CASE NOS. 5:13-cv-01774-PSG; -1776; -1777;
UNOPPOSED NOTICE OF CORRECTION                                      -01778; -1844; -2023

1

## [~~PROPOSED~~] ORDER GRANTING ADAPTIX'S NOTICE OF CORRECTION TO THE PARTIES' JOINT MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE

Before the Court is Adaptix's Unopposed Notice of Correction to the Parties' Joint Motion for Modification of the Parties' Claim Construction Briefing Schedule. Having considered the Motion, the Court GRANTS the Motion and allows the relief requested. Accordingly, the Parties' claim construction briefing schedule is modified and corrected as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opening claim construction brief by Adaptix | October 22, 2013 | Unchanged |
| Responsive claim construction briefs | November 18, 2013 | Unchanged |
| Reply claim construction briefs | November 22, 2013 | November 25, 2013 |

IT IS SO ORDERED.

DATED: November 18, 2013

HON. Paul S. Grewal
United States Magistrate Judge