1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Melissa J. Baily (Bar No. 237649)
2  50 California Street, 22nd Floor
   San Francisco, California  94111
3  Telephone:     (415) 875-6600
   Facsimile:      (415) 875-6700
4  Email:          melissabaily@quinnemanuel.com

5  Attorneys for Defendant
   Motorola Mobility LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADAPTIX, INC., | CASE NO. 5:13-CV-01774 PSG |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF MELISSA J. BAILY** |
| vs. | |
| MOTOROLA MOBILITY LLC et al., | |
| Defendants. | |

Melissa J. Baily of Quinn Emanuel Urquhart & Sullivan LLP hereby enters her appearance in this action on behalf of Defendant Motorola Mobility LLC.  For purposes of receipt of Notice of Electronic Filing, the email address for Melissa J. Baily is melissabaily@quinnemanuel.com.

DATED:   December 4, 2013            QUINN EMANUEL URQUHART &
                                                              SULLIVAN, LLP


                                          By:  /s/Melissa J. Baily
                                             Melissa J. Baily (Bar No. 237649)
                                             50 California Street, 22nd Floor
                                             San Francisco, California  94111
                                             Telephone:     (415) 875 6600
                                             Facsimile:      (415) 875 6700
                                             Email: melissabaily@quinnemanuel.com

                                             Attorneys for Defendant
                                             Motorola Mobility LLC