**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, *et al*, <br><br> Defendants. | Case No. 5:13-cv-01774 PSG <br><br> **CLAIM CONSTRUCTION ORDER** <br><br> **(Re: Docket No. 109)** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, *et al,* <br><br> Defendants. | Case No. 5:13-cv-01776 PSG <br><br> **CLAIM CONSTRUCTION ORDER** <br><br> **(Re: Docket No. 144)** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., *et al,* <br><br> Defendants. | Case No. 5:13-cv-01777 PSG <br><br> **CLAIM CONSTRUCTION ORDER** <br><br> **(Re: Docket No. 143)** |

| | |
|---|---|
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, *et al*,<br><br>    Defendants. | Case No. 5:13-cv-01778 PSG<br><br>**CLAIM CONSTRUCTION ORDER**<br><br>**(Re: Docket No. 150)** |
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC CORPORATION, and HTC AMERICA, INC.,<br><br>    Defendants. | Case No. 5:13-cv-01844 PSG<br><br>**CLAIM CONSTRUCTION ORDER**<br><br>**(Re: Docket No. 134)** |
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., et al,<br><br>    Defendants. | Case No. 5:13-cv-02023 PSG<br><br>**CLAIM CONSTRUCTION ORDER**<br><br>**(Re: Docket No. 125)** |

In this patent infringement suit, Adaptix, Inc. alleges that Motorola Mobility, L.L.C, Apple, Inc., AT&T Mobility L.L.C, and Cellco Partnership *d/b/a* Verizon Wireless infringes U.S. Patent No. 6,947,748 and U.S. Patent No. 7,454,212. Yesterday and today, the court held a tutorial and claim construction hearing. The court's constructions are as follows:

| **CLAIM TERM** | **CONSTRUCTION** |
|---|---|
| "Select[ing] a set of candidate subcarriers"<br><br>*'748 Patent: Claims 6, 8, 19, 21*<br>*'212 Patent: Claim 1, 18* | "Selecting" = "Choosing."<br><br>All other terms: plain and ordinary meaning |
| "Subcarriers [of/from] the set of subcarriers selected by the [] base station" | "Subcarriers that the base station has chosen from the set of |

| | |
|---|---|
| *'748 Patent: Claims 6, 8, 19, 21*<br>*'212 Patent: Claim 1, 18* | candidate subcarriers selected by the subscriber" |
| "SINR Value"<br><br>*'748 Patent: Claim 1, 19* | "Calculation based on the Signal-to-Interference-plus-Noise Ratios of the cluster's subcarriers" |
| "Index indication of a candidate cluster with it(s) ((SINR) value)"<br><br>*'748 Patent: Claims 6, 19* | "Identifier (ID) of a chosen candidate cluster of subcarriers with its SINR value." |
| "Arbitrarily order[ed/ing]"<br><br>*'748 Patent: Claims 6, 19*<br>*'212 Patent: Claims 13, 28* | "Order[ed/ing] in a manner not previously defined" |
| "A system employing orthogonal frequency division multiple access (OFDMA)"<br><br>*'748 Patent: Claims 6, 8*<br>*'212 Patent: Claim 1* | "OFDMA": orthogonal frequency division multiple access<br><br>All other terms: plain and ordinary meaning |
| "Subcarrier allocation for OFDMA"<br><br>*'748 Patent: Claim 11* | "OFDMA": orthogonal frequency division multiple access<br><br>All other terms: plain and ordinary meaning |
| "OFDMA subcarriers"<br><br>*'748 Patent: Claims 11, 19, 21*<br>*'212 Patent: Claim 18* | "OFDMA": orthogonal frequency division multiple access;<br><br>All other terms: plain and ordinary meaning |
| "intra-cell traffic load balancing"<br><br>*'748 Patent: Claim 11* | "balancing cluster usage within a cell of a base station" |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teachings in *Phillips v. AWH Corp.*[1] and its progeny. So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

**IT IS SO ORDERED.**

Dated: December 19, 2013

                                              PAUL S. GREWAL
                                              United States Magistrate Judge

---

[1] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).