Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 7/2013)

**TRANSCRIPT ORDER**
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

1a. CONTACT PERSON FOR THIS ORDER
Carol Zumbach

2a. CONTACT PHONE NUMBER
(713) 651-2682

3a. CONTACT EMAIL ADDRESS
czumbach@winston.com

1b. ATTORNEY NAME (if different)
Tyler Van Houtan

2b. ATTORNEY PHONE NUMBER
(713) 651-2646

3b. ATTORNEY EMAIL ADDRESS
tvanhoutan@winston.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Winston & Strawn LLP
1111 Louisiana, 25th Fl.
Houston, TX 77002

5. CASE NAME
Adaptix, Inc. v. Motorola Mobility LLC, et al

6. CASE NUMBER
5:13-cv-01774

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL     ☐ CRIMINAL
☐ NON-APPEAL ☑ CIVIL

☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
■ CJA: Do not use this form; use Form CJA24

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/🔒 | PSG | CC | | ○ | ⦿ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE    /s/ Tyler Van Houtan

12. DATE
12/23/2013

DISTRIBUTION:
☐ COURT COPY    ☐ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY