1  *[Counsel Listed on Signature Block]*

2  **UNITED STATES DISTRICT COURT**

3  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAPTIX, Inc., <br>      Plaintiff, <br>   v. <br> DELL, INC., *et al.*, <br>      Defendants. | Case No.  5:14-cv-01259-PSG |
| v. <br> AMAZON.COM, INC., *et al.*, <br>      Defendants. | Case No.  3:14-cv-01379-JSW |
| v. <br> BLACKBERRY LTD., *et al.*, <br>      Defendants. | Case No.  3:14-cv-01380-EMC |
| v. <br> SONY MOBILE COMMUNICATIONS, INC., *et al.*, <br>      Defendants. | Case No.  3:14-cv-01385-SI |
| v. <br> BLACKBERRY LTD., *et al.*, <br>      Defendants. | Case No.  3:14-cv-01386-YGR |
| v. <br> BLACKBERRY LTD., *et al.*, <br>      Defendants. | Case No.  3:14-cv-01387-JST |

**JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED**

Pursuant to Civil L.R. 3-12, the parties submit this joint administrative motion to consider the above-captioned cases, recently transferred from the Eastern District of Texas, related to each other and to six other cases currently pending in this District before Magistrate Judge Grewal.

06063252

**PROCEDURAL HISTORY**

The above-captioned cases ("the Proposed Related Actions") were recently transferred from the Eastern District of Texas, and have been assigned to six different judges in this District. The Proposed Related Actions involve the same the same two patents, U.S. Patent Nos. 6,947,748 and 7,454,212, and the same Plaintiff, although the cases name various different Defendants.[1,2]

Six other cases involving the same Plaintiff and patents are currently pending in this District before Magistrate Judge Grewal: 5:13-cv-01774, -01776, -01777, -01778, -01844, and -02023. Those other cases have been determined to be related, and the parties have consented in those cases to proceed before Magistrate Judge Grewal for all purposes, including trials.

The Proposed Related Actions meet the criteria for related actions under Civil L.R. 3-12. Plaintiff Adaptix asserts the same two patents in each case and alleges that Defendants in each of the actions infringe the patents by making, using, offering for sale, selling, and/or importing mobile communications devices advertised as operating on a 4G LTE wireless network. Discovery, motion practice, and hearings are likely to concern many of the same issues. The parties believe that proceeding with separate cases before six different judges would cause an unduly burdensome duplication of labor and expenses and risk conflicting results.

**CONCLUSION**

Because the Proposed Related Actions meet the requirements of Civil Local Rule 3-12, the parties respectfully request that they be deemed related to each other and to Case Nos. 5:13-cv-01774, -01776, -01777, -01778, -01844, and -02023 currently pending before Magistrate Judge Grewal.

---

[1] Defendants BlackBerry Corporation and BlackBerry Limited are named in three of the above-referenced cases, Nos. 3:14-1380, 3:14-1386, 3:14-1387, further supporting the conclusion that those cases should be deemed related.

[2] Under L.R. 3-12(a)(1), related cases require that the "the actions concern substantially the same parties, property, transaction or event." Adaptix asserts the same patents across the Proposed Related Actions and accuses an industry standard that it contends is commonly used across the Proposed Related Actions. Different unrelated Defendants are named in the various Proposed Related Actions, different products are accused in the various Proposed Related Actions, and the Proposed Related Actions do not involve a common transaction or event. For these reasons, the parties agree that separate trials are appropriate in each of the Proposed Related Actions.

-2-

| | |
|---|---|
| Dated:  April 8, 2014 | Respectfully submitted,<br><br>*/s/*  Geoff Godfrey<br>Mark D. Flanagan (SBN 130303)<br>  mark.flanagan@wilmerhale.com<br>Robert M. Galvin (SBN 171508)<br>  robert.galvin@wilmerhale.com<br>Geoffrey M. Godfrey (SBN 228735)<br>  geoff.godfrey@wilmerhale.com<br>Cortney C. Hoecherl (SBN 245005)<br>  cortney.hoecherl@wilmerhale.com<br>Ali M. Abugheida (SBN 285284)<br>  ali.abugheida@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:     (650) 858-6000<br>Facsimile:      (650) 858-6100<br><br>Attorneys for Defendant<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS |
| Dated:  April 8, 2014 | Respectfully submitted,<br><br>*/s/*  Jennifer Tempesta<br>Kurt M. Pankratz (*pro hac vice*)<br>kurt.pankratz@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone:  (214) 953-6584<br>Facsimile:  (214) 661-4584<br><br>Jennifer C. Tempesta (*pro hac vice*)<br>jennifer.tempesta@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:  (212) 408-2571<br>Facsimile:  (212) 251-2571<br><br>*Attorneys for Defendants*<br>*BlackBerry Limited,*<br>*BlackBerry Corporation,*<br>*AT&T Mobility LLC* |

-3-

Case Nos. 5:14-cv-01259, 3:14-cv-01379, -01380, -01385, -01386, -01387    JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED

Dated:  April 8, 2014                        Respectfully submitted,

                                                            */s/*  Douglas M. Kubehl

Douglas M. Kubehl
Texas Bar No. 00796909
Email: doug.kubehl@bakerbotts.com
James C. Williams
Texas Bar No. 24075284
Email: james.williams@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Ave, Suite 600
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

Dated:  April 8, 2014                        Respectfully submitted,

                                                           */s/*  Robert Cruzen

Robert T. Cruzen (Cal. Bar No. 203658)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendant
AMAZON.COM, INC.

Dated:  April 8, 2014                        Respectfully submitted,

                                                           */s/* Ryan M. Dunigan

David Spencer Bloch
WINSTON  & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:  (415) 591-1452
Facsimile:  (415) 591-1400
dbloch@winston.com

Kimball R. Anderson (admitted pro hac vice)
Kathleen B. Barry (admitted pro hac vice)
Ryan M. Dunigan (admitted pro hac vice)
WINSTON  & STRAWN LLP

-4-

|   |   |
|---|---|
| | 35 W. Wacker Drive |
| | Chicago, IL  60601 |
| | Telephone:  (312) 558-5755 |
| | Facsimile:  (312) 558-5700 |
| | kanderson@winston.com |
| | |
| | *Attorneys for Defendant Dell Inc.* |

Dated:  April 8, 2014                                  Respectfully submitted,

/s/ John H. McDowell, Jr.
John H. McDowell, Jr.
Texas State Bar No. 13570825
Email: johnmcdowell@andrewskurth.com
Benjamin J. Setnick
Texas State Bar No. 24058820
Email: bensetnick@andrewskurth.com
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:  214-659-4400
Facsimile:   214-915-1434

James Mahon
Andrews Kurth LLP
4819 Emperor Blvd.
Durham, NC 27703
Email:  JamesMahon@AndrewsKurth.com
Telephone: 919-599-2639

-5-

Case Nos. 5:14-cv-01259, 3:14-cv-01379, -01380, -01385, -01386, -01387        JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED

| | | |
|---|---|---|
| 1 | Dated:  April 8, 2014 | Respectfully submitted, |
| 2 | | /s/ Paul J. Hayes |
| 3 | | Paul J. Hayes (*pro hac vice*) |
| | | Steven Lipman *(pro hac vice)* |
| 4 | | Michael Ercolini (*pro hac vice*) |
| | | Hayes Messina Gilman & Hayes |
| 5 | | 200 State Street, 6th Floor |
| | | Boston, MA  02109 |
| 6 | | Telephone: (617) 345-6900 |
| 7 | | Facsimile:  (617) 443-1999 |
| | | phayes@hayesmessina.com |
| 8 | | slipman@hayesmessina.com |
| | | mercolini@hayesmessina.com |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), Michael James Ercolini attests that concurrence in the filing of this document has been obtained from each of the Signatories listed above.

/s/ Michael James Ercolini
Michael James Ercolini

-6-

Case Nos. 5:14-cv-01259, 3:14-cv-01379, -01380, -01385, -01386, -01387     JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED

-7-

1  
2  PURSUANT TO THE JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.

3  
4  Date: April 10, 2014

_____  
United States ~~District Court Judge~~  
Magistrate Judge

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

-7-

Case Nos. 5:14-cv-01259, 3:14-cv-01379, -01380, -01385, -01386, -01387

JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED