**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br>　　　　　　Plaintiff,<br>　　v.<br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　　　Defendants. | Case No. 5:13-cv-01774-PSG<br>**ORDER DENYING MOTIONS TO SEAL**<br>**(Re: Docket Nos. 147, 149)** |
| ADAPTIX, INC.,<br>　　　　　　Plaintiff,<br>　　v.<br>APPLE INC., *et al.,*<br>　　　　　　Defendants. | Case No. 5:13-cv-01776-PSG<br>**ORDER DENYING MOTIONS TO SEAL**<br>**(Re: Docket Nos. 178, 180)** |
| ADAPTIX, INC.,<br>　　　　　　Plaintiff,<br>　　v.<br>APPLE INC., *et al.*<br>　　　　　　Defendants. | Case No. 5:13-cv-01777-PSG<br>**ORDER DENYING MOTIONS TO SEAL**<br>**(Re: Docket Nos. 178, 180)** |
| ADAPTIX, INC.,<br>　　　　　　Plaintiff,<br>　　v.<br>AT&T, Inc., *et al.*,<br>　　　　　　Defendants. | Case No. 5:13-cv-01778-PSG<br>**ORDER DENYING MOTION TO SEAL**<br>**(Re: Docket No. 180)** |

|   |   |   |
|---|---|---|
| 1 | ADAPTIX, INC., | Case No. 5:13-cv-01844-PSG |
| 2 | Plaintiff, | **ORDER DENYING MOTIONS TO SEAL** |
| 3 | v. |   |
| 4 | CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*, | **(Re: Docket Nos. 165, 166)** |
| 5 | Defendants. |   |
| 6 | ADAPTIX, INC., | Case No. 5:13-cv-02023-PSG |
| 7 | Plaintiff, | **ORDER DENYING MOTIONS TO SEAL** |
| 8 | v. |   |
| 9 | APPLE INC., *et al.* | **(Re: Docket Nos. 161, 163)** |
| 10 | Defendants. |   |

Defendants have submitted multiple motions to seal documents connected with the recent discovery letter briefing because they contain information that Adaptix may consider confidential. Pursuant to Civil Local Rule 79-5, Adaptix is required to submit a declaration within four days of the setting forth the reasons that any confidential information should remain sealed. No such declarations were filed in the instant motions. Therefore, the motions are DENIED.

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge