**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br>　　　　　　　Plaintiff,<br>　　v.<br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　　　　Defendants. | Case No. 5:13-cv-01774-PSG<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>**(Re: Docket No. 170)** |
| ADAPTIX, INC.,<br>　　　　　　　Plaintiff,<br>　　v.<br>APPLE INC., *et al.,*<br>　　　　　　　Defendants. | Case No. 5:13-cv-01776-PSG<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>**(Re: Docket No. 200)** |
| ADAPTIX, INC.,<br>　　　　　　　Plaintiff,<br>　　v.<br>APPLE INC., *et al.*<br>　　　　　　　Defendants. | Case No. 5:13-cv-01777-PSG<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>**(Re: Docket Nos. 202)** |
| ADAPTIX, INC.,<br>　　　　　　　Plaintiff,<br>　　v.<br>AT&T, Inc., *et al.*,<br>　　　　　　　Defendants. | Case No. 5:13-cv-01778-PSG<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>**(Re: Docket No. 198)** |

|   |   |
|---|---|
| ADAPTIX, INC.,<br>                    Plaintiff,<br>    v.<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS, et al.,<br>                    Defendants. | Case No. 5:13-cv-01844-PSG<br>**ORDER DENYING MOTION TO SEAL**<br>**(Re: Docket Nos. 189)** |
| ADAPTIX, INC.,<br>                    Plaintiff,<br>    v.<br>APPLE INC., et al.<br>                    Defendants. | Case No. 5:13-cv-02023-PSG<br>**ORDER DENYING MOTIONS TO SEAL**<br>**(Re: Docket No. 183)** |

Pursuant to Civil Local Rule 79-5, a party looking to seal documents is required to submit a declaration establishing that the documents are in fact sealable. In addition, the request must be narrowly tailored. A declaration from outside counsel simply saying it is so does not meet this standard. In addition, the request must be narrowly tailored. A cursory review of the materials at issue in the pending motions shows portions that plainly are not sealable. Indeed, the requesting party is urging sealing even as it claims that the same material is publicly available prior art: "Defendants' investigatory efforts recently uncovered a prior art OFDM-based wireless communications system call "Project Angel." Project Angel was developed by AT&T Wireless and was known and in public use prior to the filing dates of the applications leading to the Asserted Patents."[1]

The court simply cannot square that one. The motions are DENIED

**IT IS SO ORDERED.**

Dated: May 9, 2014

_/s/ Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See, e.g.,* Case No. 5:13-cv-02023-PSG, Docket No. 183-4 at 2.